UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN CLARK OLIVER,<br><br>   Plaintiff,<br><br>v.<br><br>THE AMALGAMATED SUGAR COMPANY LLC, a Delaware limited liability company, and BAKERY CONFECTIONERY TOBACCO WORKERS AND GRAIN MILLERS INTERNATIONAL, AFL-CIO, LOCAL 284G,<br><br>   Defendants. | Case No. 1:20-cv-00107-DCN<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BASED UPON the Stipulation for Dismissal with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED AND THIS DOES ORDER that the above-entitled matter be dismissed with prejudice, with each party to bear their own costs and attorney fees.

Dated: December 7, 2021                    /s/ Judge Jack Zouhary
                                                                    United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1